

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT** <br> *Acting Corporation Counsel* | **NEW YORK CITY** <br> **LAW DEPARTMENT** <br> 100 CHURCH STREET NEW YORK, N.Y. 10007 | **BRYN RITCHIE** <br> *Assistant Corporation Counsel* |

**MEMO ENDORSED**

August 22, 2024

<u>VIA E.C.F.</u>
Honorable Gary Stein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

*Application granted. The deadline for Defendants to respond to the Complaint is hereby extended to September 6, 2024. The Clerk of Court is respectfully directed to terminate Dkt 15.*

Date:  August 23, 2024
         New York, New York

SO ORDERED:

*/s/ Gary Stein*

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE

Re:  Moments v. Warden Ada Pressley et al.
     1:24-cv-01865-GHW-GS

Your Honor:

    I am an Assistant Corporation Counsel in the New York City Law Department and the attorney representing defendant the City of New York in this matter. Defendants write to respectfully request that the Court afford Defendants an additional two weeks to reply to Plaintiff's complaint. This is Defendants' first request for an extension of time to respond to the complaint, however, by the undersigned's own mistake, the undersigned improperly addressed and submitted this request to the presiding judge in this matter. Due to Plaintiff's incarcerated status, I was unable to obtain their position on the instant request.

    By way of relevant background, Plaintiff filed the Complaint on March 11, 2024. A waiver of service was returned unexecuted as to Warden Ada Pressly on June 13, 2024 stating that she is no longer an employee of the agency. A waiver of service was returned executed as to the City of New York on June 24, 2024.

    Additional time is required to properly address Plaintiff's arguments in the initial complaint. Defendants intend to submit a fully dispositive motion to dismiss and request the additional fourteen days to more fully investigate Plaintiff's claims. The requested extension of time will also afford this Office an opportunity to receive and review the relevant documentation concerning Plaintiff's allegations  Accordingly, we respectfully request that the Court extend the time for Defendants to submit its motion to dismiss from August 23, 2024, to September 6, 2024.

    Defendants thank the Court for its time and consideration herein.

Respectfully submitted,

                                               */s/ Bryn M. Ritchie*

                                               Bryn M. Ritchie
                                               *Assistant Corporation Counsel*
                                               General Litigation Division

CC:    <u>VIA FIRST-CLASS MAIL</u>
Betta Moments
NYSID: 06526555J
B&C: 3492300553
RMSC Rikers Island
19-19 Hazen Street
East Elmhurst, NY 11370
PRO SE