UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

BETTA MOMENTS,                                          24 Civ. 1865 (GHW) (GS)

               Plaintiff,                          ORDER

       - against -

WARDEN ADA PRESSLEY and THE CITY OF
NEW YORK,

             Defendants.

-------------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

On September 8, 2025, Defendants' counsel informed the Court that the parties had reached a settlement in principle and stated that a settlement stipulation would be submitted to the Court. (Dkt. No. 56; copy attached hereto). No such stipulation has been received. Accordingly, Defendants are directed to submit the settlement stipulation or, if none exists, otherwise advise the Court of the status of this matter by no later than December 15, 2025.

      **SO ORDERED.**

Dated:     New York, New York
            December 5, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge

1



**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**BRYN RITCHIE**
*Assistant Corporation Counsel*
Phone.: (212) 356-0885

September 8, 2025

**VIA E.C.F.**
Honorable Gary Stein
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Re:    Moments v. Warden Ada Pressley et al.
>        1:24-cv-01865-GHW-GS

Your Honor:

   I am an Assistant Corporation Counsel in the New York City Law Department and the attorney representing the Defendants in the above referenced action. I write now in response to the Court's Order (ECF No. 52) which directed Defendants to provide an update as to settlement discussions. Upon information and belief, Plaintiff Moments is currently incarcerated. By letter to the undersigned, Plaintiff Moments has accepted an offer in settlement of the above-captioned matter and another matter *Moments v. Adams et al* 1:24-cv-05973-JMF brought by Plaintiff Moments in this District. Defendant writes to inform the Court that the parties have reached a settlement in principle and to respectfully request that the Court adjourn all deadlines and conferences sine die. Defendants have provided Plaintiff Moments with settlement documents mailed by UPS Overnight Mail which were delivered to her on August 22, 2025 at the address designated by her for that purpose. The settlement stipulation will be sent to Your Honor for review and endorsement.

   Defendants thank the Court for its consideration in this matter.

Respectfully submitted,

*Bryn M. Ritchie* /s/

Bryn M. Ritchie
*Assistant Corporation Counsel*
General Litigation Division

CC:    <u>VIA FIRST-CLASS MAIL</u>
Betta Moments
24-R-2727
Woodbourne Correctional Facility
99 Prison Road
PO Box 1000
Woodbourne, NY 12788
PRO SE