USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

BETTA MOMENTS,                                       :
                                                     :
                                    Plaintiff,       :
                                                     :               1:24-cv-1865-GHW
                     -against-                        :
                                                     :               ORDER
                                                     :
WARDEN ADA PRESSLEY and THE CITY                     :
OF NEW YORK,                                          :
                                    Defendants.      :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On December 5, 2025, Magistrate Judge Gary Stein directed Defendants' counsel to submit either a settlement stipulation, as referenced by Defendants in their September 8, 2025 letter to the Court, Dkt. No. 56, or, if none exists, a letter otherwise advising the Court on the status of this matter no later than December 15, 2025. Dkt. No. 62. Neither document has been submitted. Accordingly, Defendants are directed to comply with Judge Stein's order forthwith, and in no event later than December 19, 2025.

SO ORDERED.

Dated:  December 17, 2025
New York, New York                          _____
                                                   GREGORY H. WOODS
                                              United States District Judge